1  Walter Haines (SBN 071075)
   admin@uelglaw.com
2  **UNITED EMPLOYEES LAW GROUP**
   5500 Bolsa Avenue, Suite 201
3  Huntington Beach, CA 92649
   Telephone: (562) 256-1047
4  Facsimile:  (562) 256-1006

5  R. Craig Clark (SBN 129219)
   cclark@clarklawyers.com
6  Monique R. Rodriguez (SBN 304223)
   mrodriguez@clarklawyers.com
7  **CLARK LAW GROUP**
   3258 Fourth Avenue
8  San Diego, CA 92103
   Telephone: (619) 239-1321
9  Facsimile:  (888) 273-4554

10 *Attorneys for Plaintiff*

11

12                 **UNITED STATES DISTRICT COURT**

13               **NORTHERN DISTRICT OF CALIFORNIA**

14

15 AUGUSTO DE LEON as an individual,       CASE NO.: 3:18-cv-03725-JSC
   on behalf of himself, and all other
   persons similarly situated,            [Assigned to Hon. Jacqueline Scott Corley,
16                                         Courtroom F]
                      Plaintiff,           **CLASS & REPRESENTATIVE ACTION**
17
          v.                               **DECLARATION OF WALTER HAINES**
18                                         **IN SUPPORT OF PLAINTIFF'S**
                                           **MOTION FOR FINAL APPROVAL OF**
19 RICOH USA, INC., an Ohio                **CLASS ACTION SETTLEMENT AND**
   corporation authorized to do business in **MOTION FOR ATTORNEYS' FEES**
20 the state of California; IKON OFFICE     **AND COSTS**
   SOLUTIONS, INC., also known as
21 Ricoh USA, Inc., an Ohio corporation
   authorized to do business in the state of
22 California; RICOH AMERICAS             Date:        March 26, 2020
   CORPORATION, a Delaware               Time:        9:00 a.m.
23 corporation previously authorized to do Courtroom:  F
   business in the state of California and
24 succeeded by Ricoh USA, Inc.; and
   DOES 1 to 10 inclusive,
25
                      Defendants.
26

27

28
                                    1
   DECLARATION OF WALTER HAINES ISO PLAINTIFF'S MOTION FOR FINAL
          APPROVAL AND ATTORNEYS' FEES AND COSTS

1    I, Walter L. Haines, declare as follows:

2    1.    I am an attorney admitted and licensed to practice law in California. I am

3    the principal of United Employees Law Group and co-counsel of record for Plaintiff

4    Augusto De Leon ("Plaintiff"). The facts stated in this declaration are based upon my

5    personal knowledge, except as otherwise stated. If called to testify, I could and would

6    competently testify to the facts stated herein.

7    2.    This declaration is submitted in support of Plaintiff's Motion for Final

8    Approval of Class Action Settlement and Motion for Attorneys' Fees and Costs.

9    3.    The time and effort Plaintiff put into this litigation was not only significant

10   in assisting Class Counsel in understanding the facts involved in this lawsuit, but was

11   also valuable to the prosecution of this matter, which ultimately resulted in settlement. I,

12   therefore, believe that a Service Award, as outlined in the settlement agreement, is

13   appropriate.

14   4.    I have practiced law for over 39 years and I am experienced in litigating

15   class actions of this nature. I formed United Employees Law Group in 2005 to represent

16   employees in claims against their employers. Throughout my career, I have represented

17   over 1,500 clients in wage and hour disputes. More than 300 of such disputes were class

18   actions with settlements totaling over $400,000,000. These class actions include Fortune

19   500 companies including, but not limited to: Pepsi, Intel, Home Depot, Kaiser

20   Foundation Hospitals, Wells Fargo, Bank of America, Cisco Systems, First America

21   Title Co., Yahoo!, WellPoint, Inc. and Sun Microsystems.

22   5.    The settlement agreement permits Class Counsel to apply for a Class

23   Counsel Fee Award in the amount of $733,333.33 and a Class Counsel Costs Award in

24   an amount not to exceed $15,000.00 dollars.

25   6.    My law firm has participated in all stages of the litigation and has

26   performed work on behalf of Plaintiff and the members of the Settlement Class. For

27   example, my firm performed the initial client intake, client interviews, investigation and

28   evaluation of the case, client liaison, reviewed and responded to correspondence related

2

DECLARATION OF WALTER HAINES ISO PLAINTIFF'S MOTION FOR FINAL
APPROVAL AND ATTORNEYS' FEES AND COSTS

to the above-entitled action, participated in conference calls with co-counsel regarding the prosecution of this lawsuit and all other relevant tasks. The total number of hours spent by my firm and I on this lawsuit is 37.50 hours, as categorized below:

| Category | Hours |
|---|---|
| Initial investigation, case evaluation & research | 6.50 |
| Discussions with co-counsel on key issues, discovery, strategy and mediation | 25.50 |
| Review of communications, pleadings, motions and settlement documents | 5.70 |
| **Total:** | **37.50** |

7.      My hourly rate is $675 per hour, which is my usual and customary hourly rate charged for my services in similar class actions.  My total lodestar is $25,447.50 [37.50 hours x $675].

8.      United Employees Law Group and Clark Law Group have a fee sharing agreement[1], which states that United Employees Law Group shall receive 33 and 1/3 percent of the total fees awarded plus $5,000 if the total recovery received is less than one million dollars and $10,000 if the total recovery is more than one million dollars.

9.      My firm has incurred $20.12 in litigation expenses in connection with this action, which include expenses for court costs, legal research, litigation support and other miscellaneous expenses (i.e. photocopying, telephone and postage).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 11th day of February 2020 in Los Angeles, California.



Walter L. Haines

---

[1] Upon the Court's request, a true and correct copy of the Fee Sharing Agreement will be provided to the Court for an in-camera review.

DECLARATION OF WALTER HAINES ISO PLAINTIFF'S MOTION FOR FINAL APPROVAL AND ATTORNEYS' FEES AND COSTS