R. Craig Clark (SBN 129219)
cclark@clarklawyers.com
Monique R. Rodriguez (SBN 304223)
mrodriguez@clarklawyers.com
**CLARK LAW GROUP**
3258 Fourth Avenue
San Diego, CA 92103
Telephone: (619) 239-1321
Facsimile: (888) 273-4554

Walter Haines (SBN 071075)
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Telephone: (562) 256-1047
Facsimile: (562) 256-1006
*Attorney for Plaintiff Augusto De Leon*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGUSTO DE LEON, as an individual, on behalf of himself, and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RICOH USA, INC., an Ohio corporation authorized to do business in the state of California; IKON OFFICE SOLUTIONS, INC., also known as Ricoh USA, Inc., an Ohio corporation authorized to do business in the state of California; RICOH AMERICAS CORPORATION, a Delaware corporation previously authorized to do business in the state of California and succeeded by Ricoh USA, Inc.; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No. 3:18-cv-03725-JSC<br><br>**SUPPLEMENTAL DECLARATION OF STEPHEN GOMEZ ON BEHALF OF CPT GROUP INC. WITH RESPECT TO SETTLEMENT ADMINISTRATION**<br><br>Date:      March 26, 2020<br>Time:     9:00 a.m.<br>Courtroom: F<br>Judge:    Honorable Jacqueline Scott Corley |

I, Stephen Gomez, declare as follows:

1. I am a Case Manager for CPT Group, Inc. ("CPT"), the Claims Administrator jointly agreed upon by the Parties and approved by the Court, for the lawsuit currently titled, *Augusto De Leon, as an individual, on behalf of himself, and all other persons similarly situated vs. Ricoh USA, Inc., an Ohio corporation authorized to do business in the state of California; IKON Office Solutions, Inc., also known as Ricoh USA, Inc., an Ohio corporation authorized to do business in the state of California; Ricoh Americas Corporation, a Delaware corporation previously authorized to do business in the state of California and succeeded by Ricoh USA, Inc.; and Does 1 to 10, inclusive.* I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would testify competently to such facts.

## NOTIFICATION VIA U.S. MAIL AND EMAIL

2. As of the date of this declaration, twenty-seven (27) Notice Packets have been returned to our office by the U.S. Postal Service, of which five (5) were provided a new address by the Post Office. For the remaining twenty-two (22) Notice Packets, CPT performed a skip trace in an effort to locate a better address using Accurint, one of the most comprehensive address databases available. Accurint utilizes hundreds of different databases supplied by credit reporting agencies, public records, and a variety of other national databases.

3. As a result of skip trace effort, or re-mail requests from Counsel or the individuals themselves, a total of twenty (20) Notice Packets have been re-mailed to date. In addition, five (5) Notice Packets were forwarded by CPT. As of the date of this declaration, a total of twelve (12) mailed Notice Packets were ultimately deemed undeliverable as no better address was provided from the U.S. Postal Service or obtained through skip trace. In addition, none of these undeliverable Class Members were emailed a Notice Packet as CPT was not provided an email address for any of them.

4. Attached hereto as **Exhibit A** is a copy of the most recent weekly report.

## REQUESTS FOR EXCLUSION, OBJECTIONS, AND DISPUTES OF WORK WEEKS

5. The deadline for Class Members and/or Collective-Eligible Members to submit a request for exclusion, objection, or dispute of work weeks was February 3, 2020.

6. As of the date of this declaration, CPT has not received any objections or disputes of work weeks from Class Members and/or Collective-Eligible Members.

7. As of the date of this declaration, CPT has received one (1) request of exclusion from William Hollingsworth, who is a member of the Settlement Class and the FLSA Collective.

## OBJECTIONS TO MOTION FOR ATTORNEYS' FEES AND COSTS

8. The deadline for Class Members to object to Class Counsel's Motion for Attorneys' Fees and Costs was March 12, 2020.

9. As of the date of this declaration, CPT has not received any objections to Class Counsel's Motion for Attorneys' Fees and Costs.

## INDIVIDUAL SETTLEMENT AMOUNTS

10. As of the date of this declaration, nine hundred thirty-four (934) FLSA Collective Members will receive their portion of the FLSA Settlement Amount of $55,000.00. The FLSA Settlement Share is calculated as follows: all FLSA Collective Members will receive a flat payment of $20.00, which totals $18,680.00. The remaining $36,320.00 is allocated proportionally based on the number of FLSA weeks worked by each Collective-Eligible Member who worked over 10 weeks during the FLSA Period.

11. As of the date of this declaration, nine hundred ninety (990) Class Members will receive their portion of the Net Settlement Amount. Class Member Shares are calculated proportionally based on the number of weeks worked during the Class Period.

12. The Net Settlement Amount is calculated as set forth below:

| | |
|---|---|
| **Gross Settlement Amount** | **$2,200,000.00** |
| Less Attorneys' Fees (Requested) | -$550,000.00 |
| Less Attorneys' Costs (Requested) | -$14,305.04 |
| Less Plaintiff Incentive Award (Requested) | -$10,000.00 |
| Less LWDA PAGA Award | -$75,000.00 |
| Less FLSA Settlement Awards | -$55,000.00 |
| Less Settlement Administration Costs | -$30,000.00 |
| **Net Settlement Amount** | **$1,465,694.96** |

13. Inclusive of any FLSA Settlement Share, the average settlement award is $1,536.06, the highest settlement award is $2,835.85, and the lowest award is $9.40.

## ADMINISTRATION COSTS

14. CPT's charge for services in connection with the administration of the settlement pursuant to the terms of the settlement is $30,000.00. This includes all costs incurred to date, as well as an estimate for the work to conclude CPT's duties and responsibilities pursuant to the settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 18th day of March, 2020 at Irvine, California.

_____
Stephen Gomez

# EXHIBIT A



**DeLeon v. Ricoh USA, Inc.**
Case No: 18-cv-03725-JSC
As of: 3/17/2020

Class Period: May 22, 2014 - Nov 25, 2019
Class Size: 991
Date Notices Mailed: Dec 19, 2019

Exclusion Deadline: Feb 3, 2020
Objection Deadline: Feb 20, 2020
Final Approval Hearing: Mar 26, 2020

| | Description | Count |
|---|---|---|
| **Mail** | Items in Mailing List | 991 |
| | Notices Returned | 27 |
| | Notices Traced | 22 |
| | Notices Remailed | 20 |
| | Forwarded Notices | 5 |
| | Notices Returned 2nd Time | 3 |
| | Undelivered Notices | 12 |
| **Responses** | Responses Received | 1 |
| | Opt Outs | 1 |
| | Objections | |
| | Disputes | |
| | Deficient | |
| | Late Opt Outs | |
| | Invalid | |
| | "Valid" Opt Outs** | 1 |
| ** Includes Deficient, Disputed, and Late Opt Outs | | |
| **Class** | No. of Class Members in Mailing List | 991 |
| | No. of Valid Opt Outs | 1 |
| | % Valid Opt Outs | 0.10 % |
| | Total Class Members – Less Opt Outs | 990 |

Distribution List:
R. Craig Clark; Monique R. Rodriguez
John R. Giovannone; Candace DesBaillets

CPT Class Action Representatives:
Julie Green; Jackie Hitomi; Abel Morales; Tim Cunningham; Tarus Dancy; Kelsey Skey; Ani Sarich; Melinda Yang; Carole Thompson; Will Henry; Chris Lawless; Emilio Cofinco; Alan Garrido; Bryan Valdez; Daniel La; Stephen Gomez; Rashad Clipper

Please note these numbers and statistics are for your reference only and will change throughout the administration process. Final numbers and statistics shall be obtained from Case Manager once response deadlines have passed and all responses have been properly validated.