UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTO DE LEON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICOH USA, INC., et al.<br><br>　　　　Defendants. | Case No. 18-cv-03725-JSC<br><br>**JUDGMENT** |

By Order filed March 31, 2020, the Court granted final approval of the parties' class action settlement and awarded Plaintiff's attorneys' fees, costs, and service award. Final judgment is therefore ordered on the terms set forth in the Final Approval Order.

The Clerk may close the file.

**IT IS SO ORDERED.**

Dated: March 31, 2020

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge